UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CINCINNATI DEVELOPMENT III, LLC | CASE NO. 1:18-CV-586 |
| Plaintiff, | JUDGE MICHAEL R. BARRETT |
| vs. | **DEFENDANT CINCINNATI TERRACE ASSOCIATES LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CINCINNATI TERRACE PLAZA, LLC, *et al*. | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Cincinnati Terrace Associates LLC ("CTA") respectfully requests an extension of time of 21 days, to February 6, 2019, in which to respond to Plaintiff Cincinnati Development III, LLC's Motion for Partial Summary Judgment on the Issues of Breach, Specific Performance and *Bona Fide* Purchaser Status.  (ECF #21.)  For cause, CTA states that the extension is necessary due to the intervening holidays and Plaintiff's overdue responses to CTA's discovery requests.  This request is not interposed for delay and will not prejudice any party.

Wherefore, Defendant Cincinnati Terrace Associates LLC respectfully requests an extension of time of 21 days, until February 6, 2019, in which to respond to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

*/s/Robin D. Miller*
Robin D. Miller (0074375)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5054; (513) 698-5055 Fax
rmiller@ulmer.com

and

*/s/Christine E. Watchorn*
Christine E. Watchorn  (0075919)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio  43215
(614) 229-0034; (614) 229-0035 Fax
cwatchorn@ulmer.com

*Attorneys for Defendant*
*Cincinnati Terrace Associates LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2019, a copy of the foregoing was electronically filed.

Parties and their counsel may access this filing through the Court's Electronic Filing System.

                                                        */s/Christine E. Watchorn*
                                                        Christine E. Watchorn (0075919)

282122