**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Cincinnati Development III, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:18-cv-00586 |
| | ) |
| vs. | ) Judge Michael R. Barrett |
| | ) |
| Cincinnati Terrace Plaza, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

This matter is before the Court on Defendant Cincinnati Terrace Member, LLC,'s Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment. (Doc. 23).

Although such matters are in the Court's discretion, the Court notes that Defendant Cincinnati Terrace Member, LLC, did not state whether Plaintiff opposes this Motion. *See* S.D. Ohio Civ. R. 7.3(a) ("Prior to filing any motion for an extension of time, counsel shall consult with all parties . . . whose interest might be affected by the granting of such relief and solicit their consent to the extension."). The Court trusts that, in the future and if additional motions for extension of time are needed, Defendant Cincinnati Terrace Member, LLC, will consult with interested parties and inform the Court.

For good cause shown, the Motion is **GRANTED** and Defendant Cincinnati Terrace Plaza, LLC, shall have up to and including February 6, 2019, to file a Response.

**IT IS SO ORDERED.** /s Michael R. Barrett\_\_\_\_\_
Michael R. Barrett, Judge
United States District Court