**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Cincinnati Development III, LLC, | ) |
| Plaintiff, | ) Case No.: 1:18-cv-00586 |
| vs. | ) Judge Michael R. Barrett |
| Cincinnati Terrace Plaza, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Cincinnati Terrace Plaza, LLC,'s Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment.  (Doc. 22).  For good cause shown, the Motion is **GRANTED** and Defendant Cincinnati Terrace Plaza, LLC, shall have up to and including February 6, 2019, to file a Response.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　 /s Michael R. Barrett
　　　　　　　　　　　　　　　　　　Michael R. Barrett, Judge
　　　　　　　　　　　　　　　　　　United States District Court